## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

AMAZENTIS SA and TIMELINE
LONGEVITY, INC.

                Plaintiffs,

    vs.

THE AXOA COMPANY LTD. d/b/a THE
AETERNUM COMPANY

                Defendant.

Civil Action No. _____

**Jury Trial Demanded**

## COMPLAINT

Plaintiffs, Amazentis SA ("Amazentis") and Timeline Longevity, Inc.

("Timeline Longevity," collectively "Plaintiffs"), file this complaint for patent

infringement against The AXOA Company Ltd. d/b/a The Aeternum Company

("Aeternum"), and allege as follows:

## NATURE OF THE ACTION

1.      Plaintiffs' claims arise under the patent laws of the United States, 35

U.S.C. § 1 et seq., including but not limited to 35 U.S.C. §§ 271 and 281-85.

2.      Plaintiffs bring this action to: (i) compel Aeternum to cease its

infringement of Amazentis' United States patent rights based on Aeternum's

unauthorized commercial manufacture, use, offer for sale, sale, and/or importation

of Urolithin A products in violation of Amazentis' patent rights as enumerated

below; and (ii) compel Aeternum to compensate Plaintiffs for the harm caused by

Aeternum's unlawful actions.

## PARTIES

3.      Amazentis is a corporation organized under the laws of Switzerland with its principal place of business at EPFL Innovation Park Batiment C, Ecublens, 1024, Switzerland, and appears in this district for the limited purpose of bringing this litigation.

4.      Timeline Longevity is a corporation organized under the laws of the State of Delaware with its principal place of business at 824 U.S. Highway 1, Suite 320, North Palm Beach, Florida 33408 and is a wholly owned and operated subsidiary of Amazentis.

5.      Upon information and belief, Aeternum is a company organized under the laws of England having a principal place of business located at 124 City Road, London, England, EC1V 2NX, United Kingdom.

6.      Upon information and belief, Aeternum makes or has made, uses or has used, offers for sale or has offered for sale, sells or has sold, and/or advertises or has advertised products containing Urolithin A, including dietary supplement products, to customers nationwide, including to residents in Massachusetts and to residents in this district.

## JURISDICTION AND VENUE

7.      This action arises under the patent laws of the United States, 35 U.S.C. §100 et seq., including but not limited to 35 U.S.C. §§271 and 281-85.

8.     This Court has subject matter jurisdiction over Aeternum pursuant to 28 U.S.C. §§1331 and 1338.

9.     This Court has personal jurisdiction over Aeternum pursuant to Massachusetts General Laws Part III, Title II, Chapter 223A, Section 3 et seq., because, on information and belief, Aeternum regularly conducts, transacts and/or solicits business in Massachusetts, and/or derives substantial revenue from business transactions in Massachusetts, and/or is causing injury in Massachusetts, and/or otherwise avails itself of the privilege and protections of the laws of the State of Massachusetts.

10.     In addition, Aeternum, on information and belief, has committed unlawful acts giving rise to this action within this judicial district, including by selling infringing Urolithin A-containing supplement products in this district such that Aeternum reasonably should have anticipated being subject to suit in this judicial district.

11.     Venue is proper in this District under 28 U.S.C. §§1391 et seq., at least because Aeternum is a foreign entity and, on information and belief, has committed unlawful acts giving rise to this action within this judicial district.

12.     Plaintiffs and Aeternum were previously parties to Civil Action No. 1:24-CV-11983-FDS (D. Mass), where Plaintiffs asserted that Aeternum infringed Plaintiffs' U.S. Patents Nos. 9,872,850; 10,485,782; and 11,020,373.  That case

ended with a Stipulated Judgment and Injunction, entered on February 2, 2025, reciting that Aeternum's / "AXOA's actions related to its Urolithin A products induced and/or contributed to infringement of the Patents-in-Suit [in that case] consistent with Amazentis' allegations contained in the Complaint filed on August 1, 2024."  1:24-CV-11983-FDS, Doc. No. 20, ¶5.

## BACKGROUND
## Amazentis and Urolithin A

13.    Founded in 2007 by researchers at the Swiss Federal Institute of Technology, Amazentis is an innovative Swiss life sciences company that employs rigorous science to pioneer the discovery and clinical development of innovative nutritional and cosmetic products. Amazentis is a leader in Urolithin research and development; its scientists have published numerous papers on Urolithin A; and it has conducted multiple clinical trials studying the uses and benefits of Urolithin A.

14.    As background, the cells of humans and other animals undergo a process called autophagy in which they eliminate and then regenerate their own internal components that have become defective or damaged. For example, cells will recycle dysfunctional mitochondria—the internal cellular component that aerobically generates energy for the cell—through an autophagy process called mitophagy. Research performed by Amazentis and others shows that Urolithin A, a compound that can be produced by certain microflora in the mammalian intestine

following the consumption of dietary precursors, e.g., compounds called ellagitannins, plays an important role in stimulating this process.

15.     However, research has also shown that the effectiveness with which mammalian intestinal microflora metabolize certain foods (e.g., pomegranates, raspberries, strawberries, black raspberries, walnuts, and almonds) to produce Urolithin A varies significantly from person to person, with most people producing limited Urolithin A or none at all. In addition, research has further shown that autophagy and mitophagy become less efficient with age leading to declines in health associated with aging including declines in muscle mass, energy levels, immune function, cardiovascular function, cognitive health, and other physiological deficits.

16.     Through its own extensive research and development Amazentis has developed processes to chemically synthesize Urolithin A (i.e., outside of the microflora of the mammalian intestines) in sufficient quantities to be used as a dietary supplement. Further, through rigorous animal and human clinical studies, the results of which have been published in peer-reviewed and other publications, Amazentis has demonstrated the benefits of direct supplementation with Urolithin A.

17.     Amazentis has demonstrated through clinical trials that direct supplementation with effective amounts of Urolithin A in excess of the amount

produced by mammalian intestinal microflora stimulates an intracellular process called mitophagy.  Mitophagy is the selective removal and renewal of damaged mitochondria through a cell's pathway for autophagy.

18.     Amazentis has also demonstrated through clinical studies that the mitophagy induced by urolithin A supplementation confers numerous benefits that support healthy aging including increased muscle function, and increased immune function, as some examples.

19.     Examples of these animal and human clinical studies include an animal study published on July 11, 2016, in the peer-reviewed scientific journal Nature Medicine (http://doi.org/10.1038/nm.4132) entitled "Urolithin A induces mitophagy and prolongs lifespan in C. elegans and increased muscle function in rodents"; a human clinical study published on June 14, 2019, in the peer-reviewed scientific journal Nature Metabolism (http://doi.org/10.1038/s42255-019-0073-4) entitled "The mitophagy activator Urolithin A is safe and induces a molecular signature of improved mitochondrial and cellular health in humans"; a human clinical study published on January 20, 2022, in the peer-reviewed scientific journal JAMA Network (http://doi.org/10.1001/jamanetworkopen.2021.44279) entitled "Effect of Urolithin A Supplementation on Muscle Endurance and Mitochondrial Health in Older Adults, A Randomized Clinical Trial"; and a human clinical study published on May 17, 2022, in the peer-reviewed scientific journal

Cell Reports Medicine (http://doi.org/10.1016/j.xcrm.2022.100633) entitled

"Urolithin A improves muscle strength, exercise performance, and biomarkers of

mitochondrial health in a randomized trial in middle-aged adults." These and the

results of other animal and human clinical studies conducted by Amazentis are

clearly identified on Plaintiffs' TIMELINE® website: www.timeline.com/studies.

20.    Ultimately, having made significant investments to develop

manufacturing methods for Urolithin A at scale and to demonstrate the

effectiveness of Urolithin A as a healthy anti-aging supplement product, Amazentis

is now bringing to consumers in the United States and around the world an array of

products featuring Urolithin A branded as MITOPURE®. Amazentis is further

commercializing TIMELINE®, a consumer brand containing its proprietary

MITOPURE® brand of Urolithin A.

21.    To protect its extensive investments in researching, developing and

commercializing Urolithin A-containing products, Amazentis has invested in

securing patent protection. Amazentis now owns dozens of patents and published

patent applications in various jurisdictions throughout the world related to

Urolithin compounds, including patents directed to processes to synthesize and

scale up the production of Urolithin compounds, and supplementing one's diet

with effective amounts of Urolithin compounds to improve biological functions in

healthy people as well as to treat certain diseases. The existence of these patents, as

well as numerous published patent applications owned by Amazentis, is clearly

posted on Plaintiffs' TIMELINE® website, www.timeline.com/patents, an address

on the Internet accessible to the public without charge.

## The Patent-in-Suit

22.     Amazentis is the owner of all right, title, and interest in U.S. Patent

12,310,943 ("the '943 Patent"), with full right to bring suit to enforce the '943

Patent, including the right to sue for past, present and future infringement. True

and correct copy of the Patent-in-Suit is attached to this complaint as **Exhibit A**.

23.     The '943 Patent, entitled "Compositions and Methods for Improving

Mitochondrial Function and Treating Neurodegenerative Diseases and Cognitive

Disorders," was duly and legally issued by the United States Patent and Trademark

Office on May 27, 2025, and names Christopher Rinsch, William Blanco-Bose,

Bernard Schneider, Charles Thomas, Carmen Sandi, Johan Auwerx, Penelope

Andreux, Richardus Houtkooper, Eija Pirinen, Laurent Mouchiroud, and David

Genoux as inventors, each of whom assigned their invention as disclosed in the

'943 Patent to Amazentis.

24.     The '943 Patent is valid and enforceable.

25.     The '943 Patent claims, inter alia, "[a] method of [enhancing muscle

performance / increasing or maintaining mitochondrial function] comprising:

administering to a mammal in need thereof an effective amount of a urolithin,

thereby [increasing muscle performance / increasing or maintaining mitochondrial function]; wherein the effective amount of the urolithin is 300-500 mg/day, 450-750 mg/day, or 600-1000 mg/day."

## Aeternum's Infringement of the '943

26.    Aeternum offers for sale and sells dietary supplement products containing Urolithin A through its own website, www.aeternum.site, as well as through e-commerce sites, including on at least Amazon.com and Etsy.com.

27.    Aeternum also promotes its Urolithin A dietary supplement products through a variety of social media platforms and channels, including on at least Facebook, TikTok, X (formally known as Twitter), Etsy, and YouTube.

28.    Aeternum sells Urolithin A as a dietary supplement in the form of a capsule labeled as containing and purporting to contain 500 mg of Urolithin A per serving. Aeternum also sells Urolithin A as a dietary supplement in the form of a powder with an enclosed 500 mg scoop, and recommends supplementation with various dose amounts of Urolithin A in this powder form, including 500 mg and 1000 mg. True and correct copies of each product page on Aeternum's website, www.aeternum.site, are attached as **Exhibits B** and **Exhibit C** with screenshots from those websites reproduced below:



| Nutritional Information |
|---|
| Each capsule contains 500mg of Urolithin A |
| Pure Urolithin A. No preservatives, no artificial colours & no artificial flavours. |
| *Serving suggestion: 1 to 2 capsules per day. |
| *Suggestion Only. Products of this nature to be taken in consultation with a medical professional. |
| † Daily Value not established |

| Nutritional Information |
|---|
| 15g Urolithin A No preservatives, no artificial colours & no artificial flavours. |
| *Serving Size: 500mg to 1,000mg Scoop size 500mg |
| † Daily Value not established |



| Nutritional Information |
|---|
| 30g Urolithin A No preservatives, no artificial colours & no artificial flavours. |
| *Serving Size: 500mg to 1,000mg Scoop size 500mg |
| † Daily Value not established |

| Nutritional Information |
|---|
| 100g Urolithin A No preservatives, no artificial colours & no artificial flavours. |
| *Serving Size: 500mg to 1,000mg Scoop size 500mg |
| † Daily Value not established |

29.     Aeternum also offers for sale and sells its Urolithin A supplement products on Amazon.com and Etsy.com.  True and correct copies of Aeternum's Amazon.com webpages for its Urolithin A supplement products are attached to this Complaint as **Exhibits D, E, and F**.  True and correct copies of Aeternum's

Etsy.com webpages, captured on February 25, 2026, for its Urolithin A supplement

products are attached to this Complaint as **Exhibits G and H**.

30.    On Aeternum's Etsy.com page for the sale of its Urolithin A capsule

products, Exhibit G, Aeternum conveys the following information and makes the

following claims to induce customers to purchase its Urolithin A products:

> • Science-Backed Healthy Aging & Energy: Urolithin A is backed
> by 15+ years of research and multiple gold-standard human trials.
> In clinical studies, it has been shown to enhance mitochondrial
> function – improving muscle strength by up to 12% and increasing
> muscle endurance by up to 17% in just a few months. By
> reactivating your cells' natural repair processes, Aeternum UA
> helps recharge your energy levels and promotes vitality as you age,
> keeping you active and strong.
>
> • Real Results – Strength & Stamina You Can Feel: Consistent
> daily use can lead to noticeable improvements in fitness and
> energy. Studies report significant gains in muscle strength,
> endurance, and post-exercise recovery after 8–16 weeks of
> supplementation. That means whether you're hitting the gym or
> simply powering through busy days, you may experience better
> stamina, reduced fatigue, and quicker recovery over time.
>
> • 11× More Effective Than Diet Alone: It's nearly impossible to get
> enough Urolithin A from food. Instead of relying on diet or gut
> bacteria variability, Aeternum gives you a clinically effective dose
> every time.

31.    Aeternum's Urolithin A Etsy.com page for its capsule product

contains the additional claims purporting to describe "The Science of Urolithin A"

as recited immediately below:

> The Science of Urolithin A – Mitochondrial Renewal
> Urolithin A is a revolutionary compound originally discovered as a

natural metabolite from pomegranate. Its secret? UA targets your cells' mitochondria – the tiny "power plants" that generate 90% of our cellular energy. Over time, aging and stress can cause mitochondria to wear out, leading to fatigue, muscle weakness, and other signs of aging. Urolithin A helps reverse this trend by activating mitophagy, the process by which cells remove dysfunctional mitochondria and replace them with healthy new ones. In simple terms, it triggers a cellular "recycling" program, akin to an internal cleanup crew that revitalizes your cells from the inside out.

By renewing mitochondrial function, Urolithin A boosts cellular energy production and efficiency. Think of it as an exercise mimetic: researchers have found that UA produces exercise-like benefits at the cellular level, improving muscle performance without changes in exercise routines.

This is why participants in clinical trials saw such improvements in strength and endurance – their cells were literally functioning as if "recharged" or made younger. For you, this could mean more energy to stay active, better workouts, and the ability to keep up with daily tasks with less fatigue.

32.     Aeternum's Urolithin A Etsy.com page for its capsule product also contains additional claims regarding "Clinically Proven Benefits" of Urolithin A, which on information and belief, are based on Amazentis' clinical trials. The "Clinical … Benefits" claims that Aeternum makes are copied immediately below:

Clinically Proven Benefits for Muscle & Longevity

What sets Aeternum UA apart is the robust scientific evidence behind it. Multiple human clinical trials (including placebo-controlled studies published in peer-reviewed journals) have demonstrated Urolithin A's efficacy. In middle-aged adults, 4 months of Urolithin A supplementation led to significant gains in leg muscle strength (~12% increase). Older adults (65-90 years) in earlier research showed enhanced muscle endurance and healthier

mitochondrial biomarkers, highlighting UA's potential to support muscle health at any age. Importantly, these benefits come without changing one's exercise habits – the improvements were a direct result of cellular enhancement by Urolithin A.

By supporting muscle function and reducing exercise fatigue, Urolithin A acts as a powerful longevity supplement. Muscle and mitochondrial health are key pillars of healthy aging, and UA is the first and only compound clinically shown to improve muscle function by renewing mitochondria.

33.     Aeternum's Urolithin A Etsy.com webpage for its powder products,

**Exhibit H**, similar touts the "Science" of Urolithin A, which on information and

belief, is also based on Amazentis' clinical trials. These "Science" claims made by

Aeternum are copied immediately below:

• Science-Backed Healthy Aging & Energy:

With over 15 years of research and multiple gold-standard human trials, Urolithin A is clinically shown to enhance mitochondrial function – improving muscle strength and endurance in just a few months. Aeternum UA Powder helps recharge your cellular energy, supporting stamina and vitality as you age.

• Real Results – Strength & Stamina You Can Feel:

Daily use of UA powder has been linked to noticeable improvements in energy, post-exercise recovery, and overall wellness within 8–16 weeks. Whether you're staying active or simply looking for better day-to-day stamina, this powder delivers results you can feel – backed by hard science.

34.     Aeternum also promotes its Urolithin A supplement products on social media, including on at least Facebook, TikTok, X, Etsy and YouTube.

35.     On a post of Facebook, an excerpt for which is copied below, Aeternum identifies the benefits associated with taking its Urolithin A supplements include "protect[ing] your cells," boost[ing] your energy, " and "[b]oost[ing] mitochondrial strength."  **Exhibit I** is a true and correct copy of a post by Aeternum on Facebook dated August 10, 2025.



36.     Aeternum makes similar promotional statements on YouTube. For example, in the still image from a video posted on Aeternum's www.youtube.com account, reproduced below, Aeternum touts its Urolithin A products as "promoting cellular health by clearing out damaged mitochondria (mitophagy) and boosting energy."  Aeternum further claims that its Urolithin A products promote "muscle strength, endurance, [and] immune health."  **Exhibit J** is a true and correct copy of screen shots from a video posted by Aeternum on YouTube.





37.    On information and belief, Aeternum also sponsors advertisements on Amazon to potential customers.  A true and correct copy of a screen shot from one of these advertisements is copied below and attached as **Exhibit K**.  As shown in the screenshot, Aeternum advertises its Urolithin A supplement products for "[b]oost[ing] mitochondrial function."



38.     Aeternum also sells "Kit" products containing Urolithin A and multiple other supplements. Once such "Kit" product sold by Aeternum, its "Beginner Longevity Kit" claims that its Urolithin A promotes "Mitochondrial Renewal" and that it "Activates mitophagy to improve endurance and cellular resilience."  A true and correct copy of the page for Aeternum's Beginner Longevity Kit" from www.aeternum.site is attached as **Exhibit L**.

39.     Independent claim 1 of the '943 Patent recites: "A method of enhancing muscle performance, comprising: administering to a mammal in need thereof an effective amount of a urolithin, thereby increasing muscle performance; wherein, the effective amount of the urolithin is 300-500 mg/day, 450-750 mg/day, or 600-1000 mg/day."

40.     Independent claim 2 of the '943 Patent recites: "A method of increasing or maintaining mitochondrial function, comprising administering to a mammal in need thereof an effective amount of a urolithin, thereby increasing or maintaining mitochondrial function; wherein the effective amount of the urolithin is 300-500 mg/day, 450-750 mg/day, or 600-1000 mg/day."

41.     On information and belief, Aeternum's statements in the attached exhibits, as referenced herein, are meant to convey that taking Aeternum's Urolithin A products increase muscle performance and/or increases or maintains mitochondrial function.

42.     On information and belief, Aeternum's customers directly infringe, literally or under the doctrine of equivalents, at least independent claims 1 and 2 of the '943 Patent as well as at least the following additional claims that depend on claims 1 and 2:

- Claim 3. The method of claim 1, wherein the effective amount of the urolithin is 300-500 mg/day.

- Claim 4. The method of claim 3, wherein the effective amount of the urolithin is 500 mg/day.

- Claim 5. The method of claim 1, wherein the effective amount of the urolithin is 450-750 mg/day.

- Claim 6. The method of claim 1, wherein the effective amount of the urolithin is 600-1000 mg/day.

- Claim 7. The method of claim 6, wherein the effective amount of the urolithin is 1000 mg/day.

- Claim 8. The method of claim 1, wherein the urolithin is selected from the group consisting of urolithin A, urolithin B, and a combination of urolithin A and urolithin B.

- Claim 9. The method of claim 1, wherein the urolithin is urolithin A.

- Claim 10. The method of claim 1, wherein the urolithin is administered orally.

- Claim 11. The method of claim 1, wherein the mammal is a human.

- Claim 16. The method of claim 1, wherein the urolithin is administered in the form of a dietary supplement.

- Claim 18. The method of claim 2, wherein the urolithin is urolithin A, urolithin B, urolithin C, or urolithin D; or a combination of any of them.

- Claim 19. The method of claim 11, wherein the urolithin is urolithin A.

- Claim 20. The method of claim 2, wherein the urolithin is urolithin A.

- Claim 21. The method of claim 2, wherein the effective amount of the urolithin is 300-500 mg/day.

- Claim 22. The method of claim 21, wherein the effective amount of the urolithin is 500 mg/day.

- Claim 23. The method of claim 2, wherein the effective amount of the urolithin is 450-750 mg/day.

- Claim 24. The method of claim 2, wherein the effective amount of the urolithin is 600-1000 mg/day.

- Claim 25. The method of claim 24, wherein the effective amount of the urolithin is 1000 mg/day.

- Claim 26. The method of claim 2, wherein the urolithin is administered orally.

- Claim 27. The method of claim 2, wherein the mammal is a human.

- Claim 30. The method of claim 2, wherein the urolithin is administered in the form of a dietary supplement.

- Clam 31. The method of claim 27, wherein the urolithin is urolithin A.

- Claim 32. The method of claim 1, wherein the urolithin is urolithin A; the effective amount of the urolithin A is 500 mg/day; the urolithin A is administered in the form of a dietary supplement; and the mammal is a human.

- Claim 33. The method of claim 1, wherein the urolithin is urolithin A; the effective amount of the urolithin A is 1000 mg/day; the urolithin A is administered in the form of a dietary supplement; and the mammal is a human.

- Claim 34. The method of claim 2, wherein the urolithin is urolithin A; the effective amount of the urolithin A is 500 mg/day; the urolithin A is administered in the form of a dietary supplement; and the mammal is a human.

- Claim 35. The method of claim 2, wherein the urolithin is urolithin A; the effective amount of the urolithin A is 1000 mg/day; the urolithin A is administered in the form of a dietary supplement; and the mammal is a human.

## **Aeternum's Knowledge of the Asserted Patent**

43.      Amazentis has caused the patent number for the '943 Patent to appear on articles practicing the patent and/or by directing the public to an Internet location (accessible to the public without charge) that associates the patented articles with the number of the patent in compliance with 35 U.S.C. §287.

44.      Moreover, Aeternum has known of the existence of the '943 Patent and the inventions claimed in this patent, since at least December 1, 2025. Since

then, Aeternum has known of the '943 Patent's relevance to Aeternum's urolithin A products, that Amazentis asserted Aeternum was infringing the '943 Patent as to products identified in this complaint, and that Aeternum is infringing, inducing the infringement of, and contributing to the infringement of the '943 Patent.

45.     On December 1, 2025, Amazentis sent a letter by email to Aeternum's principal, Oliver Foster, and Aeternum's outside counsel, Steven Susser, identifying the '943 Patent. Amazentis further explained with examples how Aeternum was infringing Amazentis '943 Patent under 35 U.S.C. § 271(b) and (c).

46.     Accordingly, Aeternum was aware of the '943 Patent and its infringement of that patent at least as early as December 1, 2025, the date it received Amazentis' letter, although it should have been aware it was infringing those patents earlier.

## CLAIMS FOR RELIEF

### COUNT I
### (Infringement of U.S. Patent 12,310,943)

47.     Amazentis realleges and incorporates by reference the foregoing paragraphs as if fully set forth herein.

48.     Aeternum's customers have been, and are still directly infringing, literally and/or under the doctrine of equivalents, one or more claims of the '943 Patent, including at least claims 1-11, 16, 18-27, 30-35 by using Aeternum's Urolithin A supplement products in the United States, without authority.

49.    Aeternum has, through its actions (including but not limited to the sale and promotion of its Urolithin A supplement products and/or through the instructions on the labels of its Urolithin A supplement products), induced others including its customers to infringe one or more claims of the '943 Patent, including at least claims 1-11, 16, 18-27, 30-35.

50.    Aeternum has through its actions (including but not limited to the sale and promotion of its Urolithin A supplement products and/or through the instructions on the label of its Urolithin A supplement product), contributed to the infringement of one or more claims of the '943 Patent, including at least claims 1-11, 16, 18-27, 30-35.

51.    Aeternum's infringement of the '943 Patent has been and continues to be willful.

52.    Amazentis has and will continue to suffer damages because of Aeternum's infringement of the '943 Patent.

53.    Amazentis has and will continue to be irreparably harmed by Aeternum's infringement of the '943 Patent until and unless Aeternum's infringing acts are enjoined or otherwise cease.

## **PRAYER FOR RELIEF**

WHEREFORE, Amazentis respectfully requests the following relief:

A.     A judgment that Aeternum has infringed, either directly or indirectly, the 943 Patent;

B.     An order preliminarily and/or permanently enjoining Aeternum, together with its directors, officers, agents, servants, employees, attorneys, parents, subsidiaries, divisions, affiliates, other related business entities, and all persons in active concert or privity with them and their successors and assigns, from directly or indirectly infringing the '943 Patent;

C.     A judgment that awards Amazentis damages adequate to compensate for Aeternum's infringing acts in accordance with 35 U.S.C. § 284;

D.     In the event that a permanent injunction is not granted, damages for any continuing future infringement of the '943 Patent;

E.     A judgment declaring that Aeternum's infringement has been willful and awarding enhanced damages under 35 U.S.C. § 284;

F.     Finding that this case is exception under 35 U.S.C. § 285, and awarding Amazentis its reasonable attorneys' fees incurred in connection with this action;

G.     Awarding Amazentis its costs and expenses in this action, including expert and witness fees;

H.    An award of prejudgment and post-judgment interest;

I.    Awarding Amazentis such other and future relief as this Court deems

just and appropriate.

## <u>DEMAND FOR JURY TRIAL</u>

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Amazentis

respectfully demands a trial by jury on all issues triable by jury.

Dated:  March 6, 2026          By:  */s/ Rachel Kerner*
                                   Rachel Kerner
*Of Counsel*                          Mass Bar No. 703341
                                        rkerner@foleyhoag.com
Dana M. Gordon                 Nathanial J. McPherson
    Mass Bar No. 652757             Mass Bar No. 697666
    dgordon@foleyhoag.com           nmcpherson@foleyhoag.com
**FOLEY HOAG LLP**             **FOLEY HOAG LLP**
Seaport West                   Seaport West
155 Seaport Boulevard          155 Seaport Boulevard
Boston, MA 02210-2600          Boston, MA 02210-2600
Phone: 617.832.1000            Phone: 617.832.1000
Fax: 617.832.7000              Fax: 617.832.7000

                               Jeffrey I. D. Lewis
                                 pro hac vice application forthcoming
                                 jidlewis@foleyhoag.com
                               **FOLEY HOAG LLP**
                               1301 Avenue of the Americas, 25th
                               Floor
                               New York, NY 10019
                               Phone: 212.812.0400
                               Fax: 212.812.0399

                               *Attorneys for Plaintiff*
                               *AMAZENTIS SA and TIMELINE*
                               *LONGEVITY, INC.*